UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SCOTT GREANEY,<br><br>    Plaintiff,<br><br>v.<br><br>AMANDA BEAL, in her official capacity as Commissioner of the Maine Department of Agriculture, Conservation, and Forestry; and MICHAEL DUGUAY, in his official capacity as Commissioner of the Maine Department of Economic and Community Development,<br><br>    Defendants. | Case No. 1:25-cv-00620<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants Amanda Beal, in her official capacity as Commissioner of the Maine Department of Agriculture, Conservation, and Forestry; and Michael Duguay, in his official capacity as Commissioner of the Maine Department of Economic and Community Development.

DATED: December 17, 2025.

Respectfully submitted,

SAMANTHA ROMERO-DREW*
Cal. Bar. No. 344476
LAURA D'AGOSTINO*
Va. Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
sromero@pacificlegal.org
(202) 558-0694
ldagostino@pacificlegal.org
(916) 503-9010

*/s/ Benjamin Hartwell*
BENJAMIN HARTWELL
Me. Bar No. 006619
Hartwell Legal, PLLC
33 Harding Bridge Road
Gorham, ME 04038
ben@hartwelllegal.law
(207) 800-1919

\* *Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, I filed the foregoing with the Court via CM/ECF. I further certify that service will be accomplished by the CM/ECF system and by first class mail.

*/s/ Benjamin Hartwell*
Benjamin Hartwell
